Eastern Dist.
*June,* 28.

COLE's WIFE
*vs.*
HIS HEIRS.

---

## HARANG vs. HARANG & AL.

APPEAL from the court of the parish and
city of New-Orleans.

MARTIN, J. delivered the opinion of the
court. The appellant complains that the judge
*a quo* dismissed his petition, praying that an
inventory might be made, and proceedings had

If a parish be
divided in
two, proceed-
ings on the
*mortuaria*
are to be
commenced
in the new
parish, if the
domicil of
the deceased
makes part
of it, altho'
he died be-
fore the divi-
sion.

Eastern Dist
June, 1828.

HARANG
vs.
HARANG &
AL.

on the *mortuaire* of his late wife, who died before the division of the parish of Orleans from that part of it which now constitutes the parish of Jefferson: the judge being of opinion that the proceedings in this case should be had in the court of probates of the said parish.

The appellant contends that, by the death of the petitioner's wife, her succession was opened in the parish of Orleans, the court of probates of which was not ousted of its jurisdiction by the division of the parish.

Good order and convenience require that proceedings *mortuaire* should take place in the court of probates of the parish in which the deceased dwelt. Thus, the property of the estate, which is supposed generally to be at or near the domicil of the party, is better protected, and the creditors of the estate have a greater facility to attend to the recovery of their debts—the court of the parish being supposed the nearest. If proceedings, however, are delayed, as they were in the present case, until after the division of the parish, the same reasons operate to give jurisdiction to the court within whose district was the domicil of the deceased, in preventing the inhabi-

tants of the new parish from being compelled to travel to the old, to answer in personal actions. The ground on which the petitioner claims the right of instituting proceedings in the old parish, is a mere technical one, which would occasion great inconvenience.

Eastern Dist.
*June*, 1828.

HARANG
*vs.*
HARANG &
AL.

It is therefore ordered, adjudged and decreed, that the judgment of the court of probates be affirmed with costs.

*Derbigny* for the plaintiff—*Pitot* for the defendant.